UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHETAN UTTERKAR, | Case No.: 5:14-cv-02250-LHK |
| Plaintiff, | CASE MANAGEMENT ORDER |
| v. | |
| EBIX, INC.; SUDHIR BAJAJ; and DOES 1 – 10, inclusive, | |
| Defendants. | |

The case management conference set for October 2, 2014 at 1:30 p.m. is CONTINUED to November 19, 2014 at 2 p.m.

Plaintiff is cautioned that failure to properly effect service upon Defendant Sudhir Bajaj by October 31, 2014, per the parties' stipulation, will result in a dismissal of Plaintiff's claims against Defendant Bajaj without prejudice under Federal Rule of Civil Procedure 4.

**IT IS SO ORDERED.**

Dated: September 30, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge