UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHETAN UTTERKAR,<br><br>                    Plaintiff,<br><br>      v.<br><br>EBIX, INC.; SUDHIR BAJAJ; and DOES 1 – 10, inclusive,<br><br>                    Defendants. | Case No.: 5:14-CV-02250-LHK<br><br>ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for November 19, 2014, as required pursuant to Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement by **today, Tuesday, November 18, 2014, at 5 p.m.** The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated:        November 18, 2014

_____
LUCY H. KOH
United States District Judge

1
Case No.:
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT