1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CHETAN UTTERKAR,

       Plaintiff,

    v.

EBIX, INC., et al.,

       Defendants.

Case No.  14-CV-02250-LHK

**CASE MANAGEMENT ORDER**

      An initial case management conference was held on November 19, 2014. A further case management conference is set for March 19, 2015, at 1:30 p.m.

      Plaintiff's counsel, Michael Koepnick, is ordered to file a notice of appearance by November 20, 2014.

      The Court referred the parties to court-sponsored mediation. The parties shall complete mediation by April 30, 2015.

      Initial disclosures shall be exchanged by December 15, 2015. The discovery limits of the Federal Rules of Civil Procedure shall govern.

      Plaintiff shall file a service status report no later than 3 days after serving Defendant Bajaj or no later than January 5, 2015 if Plaintiff is unable to serve Defendant Bajaj.

      The Court set the following case schedule:

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: April 19, 2015

1

FACT DISCOVERY CUTOFF: September 11, 2015

EXPERT DISCOVERY:
      Opening Reports: September 25, 2015
      Rebuttal Reports: October 9, 2015
      Close of Expert Discovery: October 23, 2015

DISPOSITIVE MOTIONS shall be filed by November 5, 2015, and set for hearing no later than December 17, 2015 at 1:30 p.m. The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: February 25, 2016, at 1:30 p.m.

JURY TRIAL: March 14, 2016, at 9 a.m. Trial is expected to last 6 days.

**IT IS SO ORDERED**.

Dated: November 19, 2014

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

United States District Court
Northern District of California

Case No.: 14-CV-02250-LHK
CASE MANAGEMENT ORDER

2