UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CHETAN UTTERKAR,<br><br>         Plaintiff,<br><br>    v.<br><br>EBIX, INC., et al.,<br>         Defendants. | Case No.  14-cv-02250-LHK<br><br>**CASE MANAGEMENT ORDER** |

A further case management schedule is set for April 22, 2015, at 2 p.m. The parties shall file a joint case management statement by April 15, 2015.

**IT IS SO ORDERED.**

Dated: April 1, 2015

_____
LUCY H. KOH
United States District Judge

1
Case No.  14-cv-02250-LHK
ORDER