UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHETAN UTTERKAR,<br><br>    Plaintiff,<br><br>  v.<br><br>EBIX, INC., et al.,<br><br>    Defendants. | Case No.: 14-cv-02250-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Rattan Dhaliwal
Defendant Ebix's Attorney: Mark Neubauer
Defendant Bajaj: Did not appear

    A case management conference was held on May 27, 2015. A further case management conference is set for August 27, 2015, at 1:30 p.m. The parties shall file their joint case management statement by August 20, 2015.

    The Court extended the ADR deadline to December 18, 2015.

    Plaintiff is ordered to contact counsel for Ebix, Mr. Neubauer, by May 28, 2015, regarding contact information and last known addresses for Defendant Bajaj.

    Mr. Neubauer shall produce any known addresses for Defendant Bajaj to Plaintiff by June 4, 2015.

    By July 31, 2015, Plaintiff shall file a certificate or proof of service or shall file a service

1

Case No.: 14-cv-02250-LHK
CASE MANAGEMENT ORDER

status update detailing all efforts Plaintiff has undertaken to serve Defendant Bajaj.

The Court continued the fact discovery deadline from September 11, 2015 to October 23, 2015. Both fact and expert discovery shall conclude on October 23, 2015. The case schedule otherwise remains as set.

FACT and EXPERT DISCOVERY:
    Opening Expert Reports: September 25, 2015
    Rebuttal Expert Reports: October 9, 2015
    Close of Fact and Expert Discovery: October 23, 2015

DISPOSITIVE MOTIONS shall be filed by November 5, 2015, and set for hearing no later than December 17, 2015 at 1:30 p.m. The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: February 25, 2016, at 1:30 p.m.

JURY TRIAL: March 14, 2016, at 9 a.m. Trial is expected to last 6 days.

**IT IS SO ORDERED.**

Dated: May 27, 2015

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge