UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHETAN UTTERKAR,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SUDHIR BAJAJ,<br><br>　　　　　Defendant. | Case No. 14-CV-02250-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Gabriel Law
Defendant did not appear.

　　　A case management conference was held on December 2, 2015. A further case management conference is set for February 11, 2016 at 1:30 p.m. The parties shall file their joint case management statement by February 4, 2016.

　　　The discovery limits of the Federal Rules of Civil Procedure shall apply in this case.

　　　The Court set the following case schedule:

| Scheduled Event | Date |
|---|---|
| Further Case Management Conference | February 11, 2016 at 1:30 p.m. |
| Close of Fact Discovery | September 2, 2016 |
| Opening Expert Reports | September 22, 2016 |

1

Case No. 14-CV-02250-LHK
CASE MANAGEMENT ORDER

| Rebuttal Expert Reports | October 6, 2016 |
|---|---|
| Close of Expert Discovery | October 20, 2016 |
| Last Day to File Dispositive Motions (one per side in the entire case) | November 3, 2016 |
| Hearing on Dispositive Motions | December 15, 2016 at 1:30 pm |
| Final Pretrial Conference | February 9, 2017 at 1:30 pm |
| Jury Trial | February 27, 2017 at 9 am |
| Length of Trial | 6 days |

**IT IS SO ORDERED.**

Dated: December 2, 2015

*Lucy H. Koh*

LUCY H. KOH
United States District Judge